FILED IN
COURT OF CRIMINAL APPEALS

June 12, 2015

ABEL ACOSTA, CLERK

PD-0717-15

PD-0717-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/12/2015 9:37:29 AM
Accepted 6/12/2015 12:52:20 PM
ABEL ACOSTA
CLERK

PDR No. _____

IN THE COURT OF CRIMINAL APPEALS

---

14-13-00678-CR

IN THE COURT OF APPEALS FOR THE

FOURTEENTH DISTRICT OF TEXAS AT HOUSTON

---

No. 12-DCR-059441A & 12-DCR-059442

in the 240th Judicial District

Fort Bend County, Texas

---

## MOTION FOR EXTENSION OF TIME TO FILE PDR

COMES NOW, The Petitioner by and through his undersigned counsel and for good cause shown hereby requests an extension of 30 days to file the Pro Se Petition for Discretionary Review. In support thereof he would show this Honorable Court the following:

1. The Court of Appeals' judgement is dated March 17th, 2015.

2. Motion for en banc reconsideration was filed on April 1st, and denied on April 28th, 2015 by the Fourteenth Court of Appeals.

3. The Petitioner was notified of his right to file a pro se PDR via certified mail but to this date counsel has no indication from his client as to whether he wishes to take advantage of his pro se appellate right.

4. If the client was moved or due to some delay in the mail beyond his control was not able to receive the certified mailing in a timely manner then it would serve the interest of justice to extend the time for him to file the PDR with the Court of Appeals.

5. Since the petitioner would be a pro se litigant, liberal relaxation of the timelines within the Rules of Appellate Procedure, would serve the interest of justice, considering his incarceration.

FOR THESE REASONS, pursuant to TRAP 4.5 (a) and 68.2 (c) which permits extension of time to file the PDR in this court for good cause, the Petitioner respectfully request that this Honorable Court grant a 30 day extension in order to file a pro se PDR in the Court of Criminal Appeals.

Respectfully submitted,

*Patrick F. McCann*
Patrick F. McCann
SBN# 00792680
909 Texas Ave, Ste. 205
Houston, Texas 77002
PH: 713.223.3805
eFAX: 281.667.3352

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Motion was delivered to all counsel of record on the <u>12</u>th day of <u>June</u>, 2015.

*Patrick F. McCann*
Patrick F. McCann

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Motion was delivered to the pro se party at last known address on the <u>12</u>th day of <u>June</u>, 2015.

*Patrick F. McCann*
Patrick F. McCann